IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION FILE |
| v. | ) ) | NO. 1:12-CV-04028-SCJ |
| BILLY WAYNE McCLINTOCK individually, and dba MSC HOLDINGS, DIANNE ALEXANDER aka LINDA DIANNE ALEXANDER, | ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| MSC HOLDINGS USA, LLC, MSC HOLDINGS, INC., MSC GA HOLDINGS, LLC, | ) ) ) ) | |
| Relief Defendants. | ) | |

## <u>ENTRYY OF APPEARANCE</u>

COMES NOW Jason L. Nohr and hereby enters his appearance as counsel of record pursuant to the Court's February 11, 2013 Order Appointing Receiver in this proceeding and in related matters.

Respectfully submitted this <u>21st</u> day of February, 2013.

/s  Jason L. Nohr

Georgia Bar No. 545435
Receiver

**CAUTHORN, NOHR & OWEN**
212 Church Street
Marietta, Georgia  30060
770.528.0150
770.528.0160 – facsimile
jln@cauthornnohr.com

## **CERTIFICATE OF SERVICE**

This certifies that I have this day served a copy of the foregoing *Entry of Appearance* via the CM/ECF electronic filing system which will send notice of such filing to counsel of record.

This 21st day of February, 2013.

　　　　　　　　　　　　　　　　　　 /s  Jason L. Nohr
　　　　　　　　　　　　　　　　　　Georgia Bar No. 545435
　　　　　　　　　　　　　　　　　　Receiver

**CAUTHORN, NOHR & OWEN**
212 Church Street
Marietta, Georgia  30060
770.528.0150
770.528.0160 – facsimile
jln@cauthornnohr.com