

## HANCOCK & HARWELL
Numismatics/Investments
"Since 1976"

Member
American Numismatic Association
American Numismatic Society
Industry Council for Tangible Assets
PCGS ~ Founding Dealer #15
NGC ~ Member Dealer

The Cotton Exchange
Suite 310
3155 Roswell Road NE
Atlanta, GA 30305
FAX 404.237.6500
404.261.6565

June 12, 2013

Cauthorn Nohr & Owen
212 Church Street
Marietta, GA 30060
Attn: Cherie L. Eason

Via Fax: 678-501-5297 and USPS

Re: Appraisal of Precious Metal Coins and Bars, Current Liquidation Value (CLV) as of 6-12-2013.

To Whom It May Concern:

At your request attached is the detail of my appraisal report based on my physical review of the coins and bars at the United Community Bank in Marietta, GA, in your presence.

This verification and your itemized inventory was used to determine our opinion of CLV value as of 6-12-2013 based on the metal content and/or condition of such coins or bars with values adjusted based on discounts or premiums were the items to be exposed to the national cash market in the U.S. at this time.

We determined liquidation value by poling dealers for such coins in the United States market. Prices may vary from dealer to dealer.

Prices were based on the AM Fix June 12, 2013 in London for Gold at $1377.25, Silver at $21.78 and Palladium at $749.50 per troy ounce. The attached report lists detail of the group of coins and bars.

I my opinion the total CLV value of this collection is $352,362 as detailed in the attached.

Sincerely,

Robert L. Harwell II
Professional Numismatist

Attached Listing of Coins/Bars and Values
Resume of Appraisers

Rare Coins • Gold • Silver • Platinum                **EXHIBIT A**

www.raregold.com • www.dahlonegagold.com • www.charlottegold.net

**Coin Appraisal dated 6/12/2013 for Cauthorn Nohr & Owen**
**Coins received from Darryl Cohen May 14, 2003**

| 6/12/2013 | | | | |
|---|---|---|---|---|
| AM Fix | | Spot Gold | 1377.25 | |
| | | Spot Silver | 21.78 | |
| | | Spot Palladium | 749.5 | |

| Photo # | Quan | Description | Item Value | Total Value |
|---|---|---|---|---|
| 1 | 19 | 20 Franc Swiss helvetia | $253.28 | $4,812 |
| 2A | 31 | 20 Franc Swiss helvetia | $253.28 | $7,852 |
| 2B,C | 23 | French 20 Francs | $253.28 | $5,825 |
| 3 | 50 | New Queen Sovereigns | $319.34 | $15,967 |
| 4 | 50 | New Queen Sovereigns | $319.34 | $15,967 |
| 5 | 40 | 20 Franc Swiss helvetia | $253.28 | $10,131 |
| 6 | 20 | 1/2 Oz American Art Medallion Coins | $678.30 | $13,566 |
| 7 | 14 | Austrian 100 Coronas | $1,329.73 | $18,616 |
| 8 | 6 | Hungarian 100 Coronas | $1,329.73 | $7,978 |
| 8B,C | 20 | Austrian 100 Coronas | $1,329.73 | $26,595 |
| 9 | 500 | $5 Canadian Maple Leaf Silver Coins | $21.78 | $10,890 |
| 10 | 33 | $5 Canadian Maple Leaf Silver Coins | $21.78 | $719 |
| 11 | 4 | US Old Silver Dollars | $21.78 | $87 |
| | 15 | 1 oz Silver American Eagles | $23.00 | $345 |
| 12 | 3 | 100 oz Silver Bar Ohio Precious Metals | $2,178.00 | $6,534 |
| 13 | 4 | Hungarian 100 Coronas | $1,329.73 | $5,319 |
| 13A,B | 5 | Austrian 100 Coronas | $1,329.73 | $6,649 |
| 14 | 49 | French 20 Francs | $253.28 | $12,411 |
| 14A,B | 8 | 20 Franc Swiss helvetia | $253.28 | $2,026 |
| 15 | 34 | 1 oz Palladium Suisse | $735.00 | $24,990 |
| 16 | 20 | 1/2 Oz American Art Medallion Coins | $678.30 | $13,566 |
| 17 | 10 | 1oz Suisse gold .999.9 | $1,356.59 | $13,566 |
| 18 | 50 | New Queen Sovereigns | $319.34 | $15,967 |
| 19 | 15 | 1 oz Canadian Maple Leafs .999 | $1,377.25 | $20,659 |
| 20 | 10 | 1 oz Canadian Maple Leafs .9999 | $1,377.25 | $13,773 |
| 21 | 20 | 20 Franc Swiss helvetia | $253.28 | $5,066 |
| 21A,B | 8 | New Queen Sovereigns | $319.34 | $2,555 |
| 21C | 1 | French 20 Francs | $253.28 | $253 |
| 22 | 14 | Hungarian 100 Coronas | $1,329.73 | $18,616 |
| 23 | 12 | Austrian 100 Coronas | $1,329.73 | $15,957 |
| 24 | 30 | New Queen Sovereigns | $319.34 | $9,580 |
| 25 | 10 | 1 oz Gold Maple Leafs .999 | $1,377.25 | $13,773 |
| 26 | 160 | 1 oz Sunshine Silver Coins | $21.78 | $3,485 |
| 26A | 7 | New Queen Sovereigns | $319.34 | $2,235 |
| 26B | 22 | 20 Franc Swiss helvetia | $253.28 | $5,572 |
| 27 | 20 | 1 oz Silver American Eagles | $22.00 | $440 |
| 28 | 1 | 1 oz Merry Christmas Silver Coins | $21.78 | $22 |
| | | **Total Liquidation Value 6-12-2013** | | **$352,362** |

**Larry Jackson Numismatics, Inc.**
4920 Roswell Road, Suite 23B, Atlanta, GA  30342
Mailing Address: P.O. Box 76482, Atlanta, GA  30358
Phone: (404) 256-3667     FAX: (404) 256-3668

Appraisal For: Jason L. Nohr, Receiver for MSC Holdings
212 Church Street
Marietta, GA  30060
(770) 528-0150
Appraisal as of: June 13, 2013
Gold Spot: 1383.00/oz.    Silver Spot: 21.80/oz.    Palladium Spot: 740.00/oz.

| QTY | Description | Value |
|---|---|---|
| 213 | Swiss and French 20 Franc Gold Coins | $50,055.00 |
| 195 | British Gold Sovereigns | $58,110.00 |
| 52 | Austrian 100 Corona | $65,000.00 |
| 23 | Hungarian 100 Korona | $28,750.00 |
| 40 | 1/2oz. American Gold Art Medallions | $26,000.00 |
| 20 | 1oz. Gold Canadian Maple Leaf Coins (.9999 Purity) | $27,100.00 |
| 15 | 1oz. Gold Canadian Maple Leaf Coins (.999 Purity) | $20,025.00 |
| 10 | 1oz. Credit Suisse Gold Bars | $13,250.00 |
| 34 | 1oz. Pamp Suisse Palladium Bars | $23,460.00 |
| 533 | 1oz. Silver Canadian Maple Leaf Coins | $11,200.00 |
| 3 | 100oz. OPM Silver Bars | $6,000.00 |
| 35 | 1oz. Silver American Eagles | $765.00 |
| 4 | 90% Silver Dollars | $80.00 |
| 1 | 1oz. Commemorative Silver Christmas Round | $20.00 |
| 160 | 1oz. Sunshine Mining Silver Rounds | $3,200.00 |

**TOTAL**                                                                                 $333,015.00

Brian C. Jackson, Vice President                    Date
Professional Numistmatist

6/13/2013