## Standardized Fund Accounting Reporting for MSC Holdings - Cash Basis
## Receivership; Civil Court Docket No. 1:12-CV-04028-SCJ
## Reporting Period: 02/11/13 - 6/30/13

| | FUND ACCOUNTING: | Checking Acct #7787 | Total |
|---|---|---|---|
| | Beginning Balance 02/11/13 | $0.00 | $0.00 |
| | *Increases in Fund Balance:* | | |
| Line 2 | Business Income | | |
| Line 3 | Cash and Securities | $188,221.21 | $188,221.21 |
| Line 4 | Interest/Dividend Income | | |
| Line 5 | Business Asset Liquidation | | |
| Line 6 | Personal Asset Liquidation | | |
| Line 7 | Third-Party Litigation Income | | |
| Line 8 | Miscellaneous - Transfers between accounts | | |
| | **TOTAL INCREASE IN FUND BALANCE (Lines 2-8):** | $188,221.21 | $188,221.21 |
| | | | |
| | *Decreases in Fund Balance:* | | |
| Line 9 | Disbursements to Investors | | |
| | | | |
| Line 10 | Disbursements for Receivership Operations: | | |
| Line 10a | Disbursements to Receiver or Other Professionals | $125.00 | $125.00 |
| Line 10b | Business Asset Expenses | | |
| Line 10c | Personal Asset Expenses | | |
| Line 10d | Investment Expenses | | |
| Line 10e | Third-Paty Litigation Expenses | | |
| | 1. Attorney Fees | | |
| | 2. Litigation Expenses | | |
| | *Total Third-Party Litigation Expenses* | | |
| Line 10f | Tax Administrator Fees and Bonds | | |
| Line 10g | Federal and State Tax Payments | | |
| Line 10h | Administrative Expenses | $16.55 | $16.55 |
| | **Total Disbursements for Receivership Operations** | $141.55 | $141.55 |
| | | | |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | |
| Line 11a | Distribution Plan Development Expenses: | | |
| | 1. Fees: | | |
| | Fund Administrator | | |
| | Independent Distribution Consultant (IDC) | | |
| | Distribution Agent | | |
| | Consultants | | |
| | Legal Advisers | | |
| | Tax Advisers | | |
| | 2. Administrative Expenses | | |
| | 3. Miscellaneous - Transfers between accounts | | |

**EXHIBIT A**

**Standardized Fund Accounting Reporting for MSC Holdings - Cash Basis**
**Receivership; Civil Court Docket No. 1:12-CV-04028-SCJ**
**Reporting Period: 02/11/13 - 6/30/13**

| | | | |
|---|---|---|---|
| | *Total Plan Development Expenses* | | |
| Line 11b | Distribution Plan Implementation Expenses: | | |
| | 1. Fees: | | |
| |     Fund Administrator | | |
| |     IDC | | |
| |     Distribution Agent | | |
| |     Consultants | | |
| |     Legal Advisers | | |
| |     Tax Advisers | | |
| | 2. Administrative Expenses | | |
| | 3. Investor Identification: | | |
| |     Notice/Publishing Approved Plan | | |
| |     Claimant Identification | | |
| |     Claims Processing | | |
| |     Web Site Maintenance/Call Center | | |
| | 4. Fund Administrator Bond | | |
| | 5. Miscellaneous | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | |
| | *Total Plan Implementation Expenses* | | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | |
| Line 12 | Disbursements to Court/Other: | | |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | | |
| Line 12b | Federal Tax Payments | | |
| | **Total Disbursements to Court/Other** | | |
| | **TOTAL DECREASE IN FUND BALANCE (LINE 9-12):** | | |
| Line 13 | Ending Balance 6/30/13: | $188,079.66 | $188,079.66 |
| Line 14 | Ending Balance of Fund - Net Assets: | | |
| Line 14a | Cash & Cash Equivalents 6/30/13 | | |
| Line 14b | Investments | | |
| Line 14c | Other Assets or Uncleared Funds | | |
| | **Total Ending Balance of Fund - Net Assets** | | |

## Standardized Fund Accounting Reporting for MSC Holdings - Cash Basis
## Receivership; Civil Court Docket No. 1:12-CV-04028-SCJ
## Reporting Period: 02/11/13 - 6/30/13

| | OTHER SUPPLEMENTAL INFORMATION: | Detail | Total |
|---|---|---|---|
| | **Report of Items NOT to be Paid by the Fund:** | | |
| Line 15 | Disbursements for Plan Admnistration Expenses Not Paid by the Fund: | | |
| Line 15a | Plan Development Expenses Not Paid by the Fund: | | |
| | 1. Fees: | | |
| |     Fund Administrator | | |
| |     IDC | | |
| |     Distributin Agent | | |
| |     Consultants | | |
| |     Legal Advisers | | |
| |     Tax Advisers | | |
| | 2. Administrative Expenses | | |
| | 3. Miscellaneous | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | |
| Line 15b | Plan Implementation Expenses Not Paid by the Fund: | | |
| | 1. Fees: | | |
| |     Fund Administrator | | |
| |     IDC | | |
| |     Distribution Agent | | |
| |     Consultants | | |
| |     Legal Advisers | | |
| |     Tax Advisers | | |
| | 2. Administrative Expenses | | |
| | 3. Investor Identification: | | |
| |     Notice/Publishing Approved Plan | | |
| |     Claimant Identification | | |
| |     Claims Processing | | |
| |     Web Site Maintenance/Call Center | | |
| | 4. Fund Administrator Bond | | |
| | 5. Miscellaneous | | |
| | 6. FAIR Reporting Expenses | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | |
| Line 15c | Tax Administrator Fee & Bonds Not Paid by the Fund | | |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | |
| Line 16 | Disbursements to Court/Other Not Paid by the Fund: | | |
| Line 16a | Investment Expenses/CRIS Fees | | |
| Line 16b | Federal Tax Payments | | |

## Standardized Fund Accounting Reporting for MSC Holdings - Cash Basis
## Receivership; Civil Court Docket No. 1:12-CV-04028-SCJ
## Reporting Period: 02/11/13 - 6/30/13

|  | Total Disbursements to Court/Other Not Paid by the Fund |  |  |
|---|---|---|---|
| Line 17 | Federal & State Tax Payments |  |  |
| Line 18 | Number of Claims: |  |  |
| Line 18a | No. of Claims Received This Reporting Period | 0 | 0 |
| Line 18b | No. of Claims Received Since Inception of Fund | 0 | 0 |
| Line 19 | Number of Claimants/Investors: |  |  |
| Line 19a | No. of Claimants/Investors Paid This Reporting Period | 0 | 0 |
| Line 19b | No. of Claimants/Investors Paid Since Inception of Fund | 0 | 0 |

BY: _[signature]_
Receiver

DATE: 7-15-2013