**Standardized Fund Accounting Reporting for MSC Holdings - Cash Basis**
**Receivership; Civil Court Docket No. 1:12-CV-04028-SCJ**
**Reporting Period:  07/01/13 - 5/31/14**

| FUND ACCOUNTING: | | Checking Acct #7787 | MM Acct #0922 | MM Acct #0955 | Total |
|---|---|---|---|---|---|
| | Beginning Balance 07/01/13 | $188,079.66 | $0.00 | $0.00 | $188,079.66 |
| | *Increases in Fund Balance:* | | | | |
| Line 2 | Business Income | | | | |
| Line 3 | Cash and Securities | $322,114.75 | | $880,979.90 | $1,203,094.65 |
| Line 4 | Interest/Dividend Income | | 38.88 | 67.44 | $106.32 |
| Line 5 | Business Asset Liquidation | | | | |
| Line 6 | Personal Asset Liquidation | | | | |
| Line 7 | Third-Party Litigation Income | | | | |
| | **TOTAL INCREASE IN FUND BALANCE (Lines 2-8):** | $322,114.75 | $38.88 | $881,047.34 | $1,203,200.97 |
| Line 8 | Miscellaneous - Transfers between accounts | | $430,000.00 | | $430,000.00 |
| | Total Increases in Acct Balance: | $322,114.75 | $430,038.88 | $881,047.34 | |
| | | | | | |
| | *Decreases in Fund Balance:* | | | | |
| Line 9 | Disbursements to Investors | | | | |
| | | | | | |
| Line 10 | Disbursements for Receivership Operations: | | | | |
| Line 10a | Disbursements to Receiver or Other Professionals | $57,472.40 | | | $57,472.40 |
| Line 10b | Business Asset Expenses | | | | |
| Line 10c | Personal Asset Expenses | | | | |
| Line 10d | Investment Expenses | | | | |
| Line 10e | Third-Paty Litigation Expenses | | | | |
| | 1.  Attorney Fees | | | | |
| | 2.  Litigation Expenses | | | | |
| | *Total Third-Party Litigation Expenses* | | | | |
| Line 10f | Tax Administrator Fees and Bonds | | | | |
| Line 10g | Federal and State Tax Payments | | | | |
| Line 10h | Administrative Expenses | $10.00 | | $5.00 | $15.00 |
| | **Total Disbursements for Receivership Operations** | $57,482.40 | | $5.00 | $57,487.40 |
| Line 10i | Miscellaneous - Transfers between accounts | $430,000.00 | | | $430,000.00 |
| | **Total Decreases in Account Balance** | $487,482.40 | | $5.00 | $487,487.40 |
| | | | | | |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | | |
| Line 11a | Distribution Plan Development Expenses: | | | | |
| | 1.  Fees: | | | | |
| | Fund Administrator | | | | |

**Standardized Fund Accounting Reporting for MSC Holdings - Cash Basis**
**Receivership; Civil Court Docket No. 1:12-CV-04028-SCJ**
**Reporting Period:  07/01/13 - 5/31/14**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Independent Distribution Consultant (IDC) |  |  |  |  |
|  | Distribution Agent |  |  |  |  |
|  | Consultants |  |  |  |  |
|  | Legal Advisers |  |  |  |  |
|  | Tax Advisers |  |  |  |  |
|  | 2.  Administrative Expenses |  |  |  |  |
|  | 3.  Miscellaneous - Transfers between accounts |  |  |  |  |
|  | *Total Plan Development Expenses* |  |  |  |  |
| Line 11b | Distribution Plan Implementation Expenses: |  |  |  |  |
|  | 1.  Fees: |  |  |  |  |
|  | Fund Administrator |  |  |  |  |
|  | IDC |  |  |  |  |
|  | Distribution Agent |  |  |  |  |
|  | Consultants |  |  |  |  |
|  | Legal Advisers |  |  |  |  |
|  | Tax Advisers |  |  |  |  |
|  | 2.  Administrative Expenses |  |  |  |  |
|  | 3.  Investor Identification: |  |  |  |  |
|  | Notice/Publishing Approved Plan |  |  |  |  |
|  | Claimant Identification |  |  |  |  |
|  | Claims Processing |  |  |  |  |
|  | Web Site Maintenance/Call Center |  |  |  |  |
|  | 4.  Fund Administrator Bond |  |  |  |  |
|  | 5.  Miscellaneous |  |  |  |  |
|  | 6.  Federal Account for Investor Restitution (FAIR) Reporting Expenses |  |  |  |  |
|  | *Total Plan Implementation Expenses* |  |  |  |  |
|  | **Total Disbursements for Distribution Expenses Paid by the Fund** |  |  |  |  |
|  |  |  |  |  |  |
| Line 12 | Disbursements to Court/Other: |  |  |  |  |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees |  |  |  |  |
| Line 12b | Federal Tax Payments |  |  |  |  |
|  | **Total Disbursements to Court/Other** |  |  |  |  |
|  | **TOTAL DECREASE IN FUND BALANCE (LINE 9-12):** |  |  |  |  |
|  |  |  |  |  |  |
| Line 13 | Ending Balance 5/31/14: | $22,712.01 | $430,038.88 | $881,042.34 | $1,333,793.23 |

**EXHIBIT A**

**Standardized Fund Accounting Reporting for MSC Holdings - Cash Basis**
**Receivership; Civil Court Docket No. 1:12-CV-04028-SCJ**
**Reporting Period:  07/01/13 - 5/31/14**

| | | | | | |
|---|---|---|---|---|---|
| Line 14 | Ending Balance of Fund - Net Assets: | | | | |
| Line 14a | Cash & Cash Equivalents 5/31/14 | | | | $1,333,793.23 |
| Line 14b | Investments | | | | |
| Line 14c | Other Assets or Uncleared Funds | | | | |
| | **Total Ending Balance of Fund - Net Assets** | | | | $1,333,793.23 |

**EXHIBIT A**
Page 3 of 3