**Standardized Fund Accounting Reporting for MSC Holdings - Cash Basis**
**Receivership; Civil Court Docket No. 1:12-CV-04028-SCJ**
**Reporting Period:  06/01/14 - 7/31/15**

| | FUND ACCOUNTING: | Checking Acct #7787 | MM Acct #0922 | MM Acct #0955 | Total |
|---|---|---|---|---|---|
| | Beginning Balance 06/01/14 | $22,712.01 | $430,038.88 | $881,042.34 | $1,333,793.23 |
| | *Increases in Fund Balance:* | | | | |
| Line 2 | Business Income | | | | |
| Line 3 | Cash and Securities | | | $377,775.03 | $377,775.03 |
| Line 4 | Interest/Dividend Income | | $815.91 | $1,800.01 | $2,615.92 |
| Line 5 | Business Asset Liquidation | | | | |
| Line 6 | Personal Asset Liquidation | | | | |
| Line 7 | Third-Party Litigation Income | | | | |
| | **TOTAL INCREASE IN FUND BALANCE (Lines 2-8):** | $0.00 | $815.91 | $379,575.04 | $380,390.95 |
| Line 8 | Miscellaneous - Transfers between accounts | | | | $0.00 |
| | Total Increases in Acct Balance: | $0.00 | $815.91 | $379,575.04 | |
| | | | | | |
| | *Decreases in Fund Balance:* | | | | |
| Line 9 | Disbursements to Investors | | | | |
| | | | | | |
| Line 10 | Disbursements for Receivership Operations: | | | | |
| Line 10a | Disbursements to Receiver or Other Professionals | | | $296,535.77 | $296,535.77 |
| Line 10b | Business Asset Expenses | | | | |
| Line 10c | Personal Asset Expenses | | | | |
| Line 10d | Investment Expenses | | | | |
| Line 10e | Third-Paty Litigation Expenses | | | | |
| | 1.  Attorney Fees | | | | |
| | 2.  Litigation Expenses | $4,815.90 | | | |
| | *Total Third-Party Litigation Expenses* | | | | |
| Line 10f | Tax Administrator Fees and Bonds | | | | |
| Line 10g | Federal and State Tax Payments | | | | |
| Line 10h | Administrative Expenses | $1,279.65 | | | $1,279.65 |
| | **Total Disbursements for Receivership Operations** | $6,095.55 | | $296,535.77 | $302,631.32 |
| Line 10i | Miscellaneous - Transfers between accounts | | | | $0.00 |
| | **Total Decreases in Account Balance** | $6,095.55 | | $296,535.77 | $302,631.32 |
| | | | | | |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | | |
| Line 11a | Distribution Plan Development Expenses: | | | | |
| | 1.  Fees: | | | | |
| | Fund Administrator | | | | |

**EXHIBIT A**
Page 1 of 3

**Standardized Fund Accounting Reporting for MSC Holdings - Cash Basis**
**Receivership; Civil Court Docket No. 1:12-CV-04028-SCJ**
**Reporting Period:  06/01/14 - 7/31/15**

| | | | | | |
|---|---|---|---|---|---|
| | Independent Distribution Consultant (IDC) | | | | |
| | Distribution Agent | | | | |
| | Consultants | | | | |
| | Legal Advisers | | | | |
| | Tax Advisers | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Miscellaneous - Transfers between accounts | | | | |
| | *Total Plan Development Expenses* | | | | |
| Line 11b | Distribution Plan Implementation Expenses: | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator | | | | |
| | IDC | | | | |
| | Distribution Agent | | | | |
| | Consultants | | | | |
| | Legal Advisers | | | | |
| | Tax Advisers | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Investor Identification: | | | | |
| | Notice/Publishing Approved Plan | | | | |
| | Claimant Identification | | | | |
| | Claims Processing | | | | |
| | Web Site Maintenance/Call Center | | | | |
| | 4. Fund Administrator Bond | | | | |
| | 5. Miscellaneous | | | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | | |
| | *Total Plan Implementation Expenses* | | | | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | | |
| | | | | | |
| Line 12 | Disbursements to Court/Other: | | | | |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | | | | |
| Line 12b | Federal Tax Payments | | | | |
| | **Total Disbursements to Court/Other** | | | | |
| | **TOTAL DECREASE IN FUND BALANCE (LINE 9-12):** | | | | |
| | | | | | |
| Line 13 | Ending Balance 7/31/15: | $16,616.46 | $430,854.79 | $964,081.61 | $1,411,552.86 |

**EXHIBIT A**
Page 2 of 3

**Standardized Fund Accounting Reporting for MSC Holdings - Cash Basis**
**Receivership; Civil Court Docket No. 1:12-CV-04028-SCJ**
**Reporting Period:  06/01/14 - 7/31/15**

| | | | | | |
|---|---|---|---|---|---|
| Line 14 | Ending Balance of Fund - Net Assets: | | | | |
| Line 14a | Cash & Cash Equivalents 7/31/15 | | | | $1,411,552.86 |
| Line 14b | Investments | | | | |
| Line 14c | Other Assets or Uncleared Funds | | | | |
| | **Total Ending Balance of Fund - Net Assets** | | | | $1,411,552.86 |