**Standardized Fund Accounting Reporting for MSC Holdings - Cash Basis**
**Receivership; Civil Court Docket No. 1:12-CV-04028-SCJ**
**Reporting Period:  08/01/15 - 3/14/16**

| | FUND ACCOUNTING: | Checking Acct #7787 | MM Acct #0922 | MM Acct #0955 | Total |
|---|---|---|---|---|---|
| | Beginning Balance 06/01/14 | $16,616.46 | $430,854.79 | $964,081.61 | $1,411,552.86 |
| | *Increases in Fund Balance:* | | | | |
| Line 2 | Business Income | | | | |
| Line 3 | Cash and Securities | | $18,000.00 | $5,900.63 | $23,900.63 |
| Line 4 | Interest/Dividend Income | | $556.50 | $1,306.00 | $1,862.50 |
| Line 5 | Business Asset Liquidation | | | | |
| Line 6 | Personal Asset Liquidation | | | | |
| Line 7 | Third-Party Litigation Income | | | $566,698.00 | |
| | **TOTAL INCREASE IN FUND BALANCE (Lines 2-8):** | $0.00 | $18,556.50 | $573,904.63 | $592,461.13 |
| Line 8 | Miscellaneous - Transfers between accounts | | | | $0.00 |
| | Total Increases in Acct Balance: | $0.00 | $18,556.50 | $573,904.63 | |
| | | | | | |
| | *Decreases in Fund Balance:* | | | | |
| Line 9 | Disbursements to Investors | | | | |
| | | | | | |
| Line 10 | Disbursements for Receivership Operations: | | | | |
| Line 10a | Disbursements to Receiver or Other Professionals | | | $130,744.36 | $130,744.36 |
| Line 10b | Business Asset Expenses | | | | |
| Line 10c | Personal Asset Expenses | | | | |
| Line 10d | Investment Expenses | | | | |
| Line 10e | Third-Party Litigation Expenses | | | | |
| | 1.  Attorney Fees | | | | |
| | 2.  Litigation Expenses | $304.28 | | | |
| | 3.  Mediation Expenses | $3,393.66 | | | |
| | *Total Third-Party Litigation Expenses* | $3,697.94 | | | |
| Line 10f | Tax Administrator Fees and Bonds | | | | |
| Line 10g | Federal, State, County Tax Payments | $1,175.28 | | | |
| Line 10h | Insurance (Property) | $868.95 | | | |
| Line 10i | Administrative Expenses | | | | $0.00 |
| | **Total Disbursements for Receivership Operations** | $5,742.17 | | $130,744.36 | $136,486.53 |
| Line 10j | Miscellaneous - Transfers between accounts | | | | $0.00 |
| | **Total Decreases in Account Balance** | $5,742.17 | | $130,744.36 | $136,486.53 |
| | | | | | |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | | |
| Line 11a | Distribution Plan Development Expenses: | | | | |

**EXHIBIT A**
Page 1 of 3

**Standardized Fund Accounting Reporting for MSC Holdings - Cash Basis Receivership; Civil Court Docket No. 1:12-CV-04028-SCJ**
**Reporting Period: 08/01/15 - 3/14/16**

| | | | | | |
|---|---|---|---|---|---|
| | 1. Fees: | | | | |
| |     Fund Administrator | | | | |
| |     Independent Distribution Consultant (IDC) | | | | |
| |     Distribution Agent | | | | |
| |     Consultants | | | | |
| |     Legal Advisers | | | | |
| |     Tax Advisers | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Miscellaneous - Transfers between accounts | | | | |
| | *Total Plan Development Expenses* | | | | |
| Line 11b | Distribution Plan Implementation Expenses: | | | | |
| | 1. Fees: | | | | |
| |     Fund Administrator | | | | |
| |     IDC | | | | |
| |     Distribution Agent | | | | |
| |     Consultants | | | | |
| |     Legal Advisers | | | | |
| |     Tax Advisers | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Investor Identification: | | | | |
| |     Notice/Publishing Approved Plan | | | | |
| |     Claimant Identification | | | | |
| |     Claims Processing | | | | |
| |     Web Site Maintenance/Call Center | | | | |
| | 4. Fund Administrator Bond | | | | |
| | 5. Miscellaneous | | | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | | |
| | *Total Plan Implementation Expenses* | | | | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | | |
| | | | | | |
| Line 12 | Disbursements to Court/Other: | | | | |
| Line 12a |     Investment Expenses/Court Registry Investment System (CRIS) Fees | | | | |
| Line 12b |     Federal Tax Payments | | | | |
| | **Total Disbursements to Court/Other** | | | | |
| | **TOTAL DECREASE IN FUND BALANCE (LINE 9-12):** | | | | |

**EXHIBIT A**
Page 2 of 3

**Standardized Fund Accounting Reporting for MSC Holdings - Cash Basis
Receivership; Civil Court Docket No. 1:12-CV-04028-SCJ
Reporting Period:  08/01/15 - 3/14/16**

|         |                                                  |             |             |               |               |
|---------|--------------------------------------------------|-------------|-------------|---------------|---------------|
| Line 13 | Ending Balance 3/14/16:                          | $10,874.29  | $449,411.29 | $1,407,241.88 | $1,867,527.46 |
|         |                                                  |             |             |               |               |
| Line 14 | Ending Balance of Fund - Net Assets:             |             |             |               |               |
| Line 14a | Cash & Cash Equivalents 3/14/16                 |             |             |               | $1,867,527.46 |
| Line 14b | Investments                                     |             |             |               |               |
| Line 14c | Other Assets or Uncleared Funds                 |             |             |               |               |
|         | **Total Ending Balance of Fund - Net Assets**    |             |             |               | $1,867,527.46 |