**Standardized Fund Accounting Reporting for MSC Holdings - Cash Basis**
**Receivership; Civil Court Docket No. 1:12-CV-04028-SCJ**
**Reporting Period:  03/15/16 - 12/31/16**

| | FUND ACCOUNTING: | Checking Acct #7787 | MM Acct #0922 | MM Acct #0955 | Total |
|---|---|---|---|---|---|
| | Beginning Balance 03/15/2016 | $10,874.29 | $449,411.29 | $1,407,241.88 | $1,867,527.46 |
| | *Increases in Fund Balance:* | | | | |
| Line 2 | Business Income | | | | |
| Line 3 | Cash and Securities | | | $17,500.00 | $17,500.00 |
| Line 4 | Interest/Dividend Income | | $895.78 | $2,614.51 | $3,510.29 |
| Line 5 | Business Asset Liquidation | | | | |
| Line 6 | Personal Asset Liquidation | | | | |
| Line 7 | Third-Party Litigation Income | | | $289,565.00 | |
| | **TOTAL INCREASE IN FUND BALANCE (Lines 2-8):** | $0.00 | $895.78 | $309,679.51 | $310,575.29 |
| Line 8 | Miscellaneous - Transfers between accounts | $255,395.39 | | | $255,395.39 |
| | Total Increases in Acct Balance: | $255,395.39 | $895.78 | $309,679.51 | |
| | | | | | |
| | *Decreases in Fund Balance:* | | | | |
| Line 9 | Disbursements to Investors | | | | |
| | | | | | |
| Line 10 | Disbursements for Receivership Operations: | | | | |
| Line 10a | Disbursements to Receiver or Other Professionals | $231,360.84 | | | $231,360.84 |
| Line 10b | Business Asset Expenses | | | | |
| Line 10c | Personal Asset Expenses | $1,436.32 | | | |
| Line 10d | Investment Expenses | | | | |
| Line 10e | Third-Party Litigation Expenses | | | | |
| | 1.  Attorney Fees | $15,465.00 | | | |
| | 2.  Litigation Expenses | $1,267.39 | | | |
| | 3. Mediation Expenses | $0.00 | | | |
| | *Total Third-Party Litigation Expenses* | $16,732.39 | | | |
| Line 10f | Tax Administrator Fees and Bonds | | | | |
| Line 10g | Federal, State, County Tax Payments | $5,798.46 | | | |
| Line 10h | Insurance (Property) | $2,896.67 | | | |
| Line 10i | Administrative Expenses | | | | $0.00 |
| | **Total Disbursements for Receivership Operations** | $258,224.68 | | $0.00 | $258,224.68 |
| Line 10j | Miscellaneous - Transfers between accounts | | $20,000.00 | $235,395.39 | $255,395.39 |
| | **Total Decreases in Account Balance** | $258,224.68 | $20,000.00 | $235,395.39 | $513,620.07 |
| | | | | | |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | | |
| Line 11a | Distribution Plan Development Expenses: | | | | |

**EXHIBIT A**
Page 1 of 3

**Standardized Fund Accounting Reporting for MSC Holdings - Cash Basis Receivership; Civil Court Docket No. 1:12-CV-04028-SCJ**
**Reporting Period:  03/15/16 - 12/31/16**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | 1.  Fees: |  |  |  |  |
|  | Fund Administrator |  |  |  |  |
|  | Independent Distribution Consultant (IDC) |  |  |  |  |
|  | Distribution Agent |  |  |  |  |
|  | Consultants |  |  |  |  |
|  | Legal Advisers |  |  |  |  |
|  | Tax Advisers |  |  |  |  |
|  | 2.  Administrative Expenses |  |  |  |  |
|  | 3.  Miscellaneous - Transfers between accounts |  |  |  |  |
|  | *Total Plan Development Expenses* |  |  |  |  |
| Line 11b | Distribution Plan Implementation Expenses: |  |  |  |  |
|  | 1.  Fees: |  |  |  |  |
|  | Fund Administrator |  |  |  |  |
|  | IDC |  |  |  |  |
|  | Distribution Agent |  |  |  |  |
|  | Consultants |  |  |  |  |
|  | Legal Advisers |  |  |  |  |
|  | Tax Advisers |  |  |  |  |
|  | 2.  Administrative Expenses |  |  |  |  |
|  | 3.  Investor Identification: |  |  |  |  |
|  | Notice/Publishing Approved Plan |  |  |  |  |
|  | Claimant Identification |  |  |  |  |
|  | Claims Processing |  |  |  |  |
|  | Web Site Maintenance/Call Center |  |  |  |  |
|  | 4.  Fund Administrator Bond |  |  |  |  |
|  | 5.  Miscellaneous |  |  |  |  |
|  | 6.  Federal Account for Investor Restitution (FAIR) Reporting Expenses |  |  |  |  |
|  | *Total Plan Implementation Expenses* |  |  |  |  |
|  | **Total Disbursements for Distribution Expenses Paid by the Fund** |  |  |  |  |
|  |  |  |  |  |  |
| Line 12 | Disbursements to Court/Other: |  |  |  |  |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees |  |  |  |  |
| Line 12b | Federal Tax Payments |  |  |  |  |
|  | **Total Disbursements to Court/Other** |  |  |  |  |
|  | **TOTAL DECREASE IN FUND BALANCE (LINE 9-12):** |  |  |  |  |

**EXHIBIT A**

**Standardized Fund Accounting Reporting for MSC Holdings - Cash Basis**
**Receivership; Civil Court Docket No. 1:12-CV-04028-SCJ**
**Reporting Period:  03/15/16 - 12/31/16**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Line 13 | Ending Balance 12/31/16: | $8,045.00 | $430,307.07 | $1,481,526.00 | $1,919,878.07 |
|  |  |  |  |  |  |
| Line 14 | Ending Balance of Fund - Net Assets: |  |  |  |  |
| Line 14a | Cash & Cash Equivalents 12/31/16 |  |  |  | $1,919,878.07 |
| Line 14b | Investments |  |  |  |  |
| Line 14c | Other Assets or Uncleared Funds |  |  |  |  |
|  | **Total Ending Balance of Fund - Net Assets** |  |  |  | $1,919,878.07 |

**EXHIBIT A**