IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION FILE |
| v. | ) ) | NO. 1:12-CV-04028-SCJ |
| BILLY WAYNE McCLINTOCK individually, and dba MSC HOLDINGS, DIANNE ALEXANDER aka LINDA DIANNE ALEXANDER, | ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| MSC HOLDINGS USA, LLC, MSC HOLDINGS, INC., MSC GA HOLDINGS, LLC, | ) ) ) ) | |
| Relief Defendants. | ) | |

## **ORDER**

This case is before the Court for consideration of Receiver's Fifth Interim

Application for Compensation and Reimbursement of Expenses.  Counsel for the

Securities and Exchange Commission has reviewed the Application and offers no

objections.  After review of the Application, and noting that no objections have

been filed, the same is hereby **APPROVED**, and payment of the fees and expenses

requested in the Application is hereby **AUTHORIZED**.

SO ORDERED, this _31st_ day of March, 2017.

s/Steve C. Jones
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

Ordered Prepared By:

Jason L. Nohr
CAUTHORN NOHR &OWEN
212 Church Street
Marietta, GA  30060
770-528-0150
770-528-0160 – facsimile
jln@cauthornnohr.com